1

2  Todd A. Boock (SBN 181933)
3  todd@bnsklaw.com
   Sara Colon (SBN 281514)
4  sara@bnsklaw.com
5  **BROWN, NERI, SMITH & KHAN LLP**
   11601 Wilshire Boulevard, Suite 2080
6  Los Angeles, California 90025-0389          **Closed**
7  Telephone: (310) 593-9890
   Facsimile: (310) 593-9980
8

9  *Attorneys for Defendants*
   Marshall Waller; Feinberg & Waller APC
10

11              **UNITED STATES DISTRICT COURT**
12         **FOR THE WESTERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| ELLIOTT STONE, an individual, | Case No. 2:22-cv-2486-JFW-ASx |
|  | Hon. John F. Walter |
| Plaintiff, |  |
|  | **JUDGMENT GRANTING DEFENDANTS FEINBERG & WALLER APC'S AND MARSHALL WALLER'S REQUEST FOR ENTRY OF JUDGMENT** |
| v. |  |
|  |  |
| JOSHUA P. FRIEDMAN, an individual; JOSHUA P. FRIEDMAN AND ASSOCIATES, an entity of unknown type; MARSHALL WALLER, an individual; FEINBERG & WALLER APC, a California professional corporation, | Complaint Filed: April 12, 2022 |
| Defendants. |  |

24
25
26
27
28

On May 27, 2022, the Court GRANTED Defendant Feinberg & Waller APC's and Defendant Marshall Waller's (collectively, the "Waller Defendants") motion to dismiss all claims against them in the Complaint, without leave to amend. Judgment is accordingly entered in favor of the Waller Defendants and against Plaintiff Elliott Stone. Costs of suit to be awarded to the Waller Defendants, pursuant to Federal Rules of Civil Procedure, Rule 54(d)(1).

**IT IS SO ORDERED.**

Dated: September 2, 2022

_____
The Honorable John F. Walter
**UNITED STATES DISTRICT JUDGE**